1014 ▮

[No. 42121-2-I.   Division One.   February 22, 1999.]

MARTIN E. RAYNOR, *Individually and as Personal Representative*, ET AL., *Appellants*, v. THE CITY OF LONGVIEW, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-2-03882-6, Robert L. Harris, J., entered June 30, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, C.J., and Becker, J.

[No. 42179-4-I.   Division One.   February 22, 1999.]

SUSSMAN, SHANK, WAPNICK, CAPLAN & STILES, LLP, *Appellant*, v. ALISON C. HENDERSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-15132-9, Carol A. Schapira, J., entered April 29, 1998. *Reversed* by unpublished opinion per Coleman, J., concurred in by Webster and Ellington, JJ.

[No. 42523-4-I.   Division One.   February 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICK TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08242-7, Marilyn R. Sellers, J., entered January 30, 1998. *Affirmed* by unpublished per curiam opinion.

[Nos. 14940-4-III; 16895-6-III.   Division Three.   February 25, 1999.]

JOEL CARR, *Appellant*, v. MARCIA ASHCRAFT, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Lincoln County, No. 88-2-00022-1, Harold D. Clarke and Neal Q. Rielly, JJ., entered October 7, 1994 and August 6, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Kato, JJ.